IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | No. C 11-05770 SI |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| LILIA E. DIZON and DOES 1-5, | |
|     Defendants. | |

The Court having remanded this case to state court, judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: December 23, 2011

SUSAN ILLSTON
United States District Judge