**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | No. C 11-05770 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LILIA E. DIZON and DOES 1-5, | |
| Defendants. / | |

The Court having remanded this case to state court, judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: December 23, 2011

SUSAN ILLSTON
United States District Judge